IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWNTIA SMITH, on behalf of herself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> DIALYSIS CARE CENTER OLYMPIA FIELDS LLC, a DELAWARE LIMITED LIABILITY COMPANY, DIALYSIS CARE CENTER HOLDINGS LLC, a DELAWARE LIMITED LIABILITY COMPANY AND STEPHANIE SHUMATE, INDIVIDUALLY <br><br> Defendants. | N<u>o.</u> 20-cv-2429 <br><br> Hon. Sheila M. Finnegan <br> Magistrate Judge, Presiding |

### PARTIES' JOINT MOTION FOR FINAL APPROVAL OF PARTIES' JOINT STIPULATION AND AGREEMENT TO SETTLE CLASS ACTION AND OTHER CLAIMS AND FOR APPROVAL OF CLASS CERTIFICATION

NOW COME the Parties, by their counsel of record, hereby file their Joint Motion for Final Approval of the Parties' Joint Stipulation and Agreement to Settle Class Action and Other Claims and for Approval of Class Certification. The Parties herewith, file concurrently their Memorandum in Support.

Respectfully Submitted,

*Electronically Served*

*06/27/2022* /

s/Samuel D. Engelson
Samuel D. Engelson

John W. Billhorn
Samuel D. Engelson
*Attorneys for Plaintiff and those similarly situated, known and unknown*

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 853-1450