# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Shawntia Smith

                                         Plaintiff,

v.                                                         Case No.: 1:20−cv−02429

                                                          Honorable Sheila M. Finnegan

Dialysis Care Center Olympia Fields LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Fairness hearing held on 7/6/2022 as to the Parties' Joint Motion for Final Approval of Parties' Joint Stipulation and Agreement to Settle Class Action and Other Claims and for Approval of Class Certification [71]. No persons appeared at the hearing other than counsel for the parties, and no oral or written objections were made to the proposed settlement. For the reasons stated on the record and in the joint motion, the motion is granted. Enter Order Granting Final Approval of Settlement and Dismissing Claims. The lawsuit is dismissed without prejudice with leave to reinstate for 58 days, only for purposes of enforcing the parties' settlement agreement. If no motion to reinstate is filed by 9/2/2022, then this dismissal will automatically convert to a dismissal with prejudice. Civil case terminated Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.