IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWNTIA SMITH, on behalf of herself, and all other plaintiffs similarly situated, known and unknown,<br><br>    Plaintiff,<br><br>    v.<br><br>DIALYSIS CARE CENTER OLYMPIA FIELDS LLC, A DELAWARE LIMITED LIABILITY COMPANY, DIALYSIS CARE CENTER HOLDINGS LLC, A DELAWARE LIMITED LIABILITY COMPANY AND STEPHANIE SHUMATE, INDIVIDUALLY<br><br>    Defendants. | N<u>o.</u> 20-cv-2429<br><br>Hon. Sheila M. Finnegan<br>Magistrate Judge, Presiding |

## ORDER GRANTING FINAL APPROVAL OF <u>SETTLEMENT AND DISMISSING CLAIMS</u>

This cause comes before the Court upon the Parties' Amended Joint Motion for Preliminary Approval of the Parties' Stipulation and Agreement to Settle Class Action and Other Claims and for Approval of Class Certification (the "Settlement Agreement"). The Court has reviewed the Settlement Agreement and the exhibits attached thereto and to the Parties' Memorandum in Support of Final Approval of the Parties' Joint Stipulation of Settlement and Agreement to Settle Class Action and Other Claims and finds that the proposed settlement is within the range of fair, reasonable, and adequate resolution of the issues in this proceeding and, therefore,

  **IT IS ORDERED** that:

  1. The following subclasses are certified for settlement purposes:

"**Subclass I**: In-Center Patient Care Techs (PCTs) employed by Defendants in Illinois that experienced a reduction of hours worked, and resulting pay, due to edits of certain time records

within the administrative features of Defendants' payroll system(s) in the three years preceding the date the Complaint was filed through August 2020.

**Subclass II**: In-Center Nurses (ICNs) employed by Defendants in Illinois that experienced a reduction of hours worked, and resulting pay, due to edits of certain time records within the administrative features of Defendants' payroll system(s) in the three years preceding the date the Complaint was filed through August 2020."

2. The Court finds that American Legal Claims Services, LLC, the appointed Settlement Administrator, has met all requirements the Court set forth in its Preliminary Approval Order.

3. The Court finds that the direct-mail notice program used in this case, along with the additional notice measures performed in this matter, satisfies Rule 23(e) of the Federal Rules of Civil Procedure and the Due Process Clause of the United States Constitution.

4. The Court acknowledges that notice of settlement was made pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

5. The Court has determined the terms of the settlement to be a fair, reasonable, and adequate resolution of this matter.

6. The Court directs payment to the Named Plaintiff in the amount of $15,000 as incentive award for her participation as class representatives in this case.

7. The Court directs payment to Class Counsel a total sum of Fifty Thousand Nine Hundred Thirty-Nine Dollars and Forty-Five Cents ($50,939.45), consisting of reflecting Plaintiffs' counsels' negotiated lodestar of Thirty-Four Thousand Four Hundred Fifty-Six Dollars and Forty Cents ($34,456.40) and Sixteen Thousand Four Hundred Eighty-Three Dollars and Five Cents ($16,483.05) reflecting 11.32% of the total Class Fund as and for attorneys' fees and costs incurred in the prosecution of the individual and class claims herein.

8. The Court directs payment to Class Members who returned valid and timely claim forms in the amount of $145,543.60, allocated as reflected in Dkt. 72-3; provided, however, that any unclaimed funds in the Remainder Fund shall be allocated and disbursed as follows: first, to pay or reimburse Defendants for administration costs incurred or paid to the Settlement Administrator in the amount of $3,000; second, to pay or reimburse Defendants for the incentive award referred to in paragraph 6 above; and third, to be distributed as a supplemental payment on a *pro rata* basis to the Class Members who timely returned claim forms in accordance with the applicable provisions of the Settlement Agreement.

9. The Court hereby finally approves the Settlement Agreement and directs that all of the foregoing payments shall be made in accordance with the applicable terms of the Settlement Agreement.

10. The Court hereby dismisses this case without prejudice to be converted to "with prejudice" on September 2, 2022, after all administrative processes have been completed and the Settlement Administrator has closed its file.

11. All Settlement Class Members herein release and discharge Defendant and the other Released Persons identified in the Settlement Agreement from any and all Fair Labor Standard Act, Illinois Minimum Wage Law, and Illinois Wage Payment and Collection Act claims for non-payment of wages arising out of the Class Members' employment during the time period from the date the Complaint was filed through August 2020.

ENTERED:

*Sheila Finnegan*
Sheila M. Finnegan
United States Magistrate Judge, Presiding

Date: 7/6/2022

3